Lon A. Jenkins (4060)
Tami Gadd (12517)
MaryAnn Bride (13146)
Katherine T. Kang (14457)
OFFICE OF THE CHAPTER 13 TRUSTEE
465 South 400 East, Suite 200
Salt Lake City, Utah  84111
Telephone: (801) 596-2884
Facsimile: (801) 596-2898
Email: utahtrusteemail@ch13ut.org

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH

IN RE:

DAPHNE DOUGLAS

**Debtor**

CASE: 18-26237

**CHAPTER 13**
 Hon. R. KIMBALL MOSIER

Hearing: 02/01/2023

## TRUSTEE'S RESPONSE TO DEBTOR'S OBJECTION TO DISMISSAL AND FOR ATTORNEY FEES

Lon A. Jenkins, Chapter 13 Trustee, by and through counsel, hereby responds to the above-referenced Motion as follows:

1. As of the date of this response, the Debtor is delinquent in the amount of $400.00.

2. The Trustee objects to the denial of his Motion to Dismiss unless the Debtor is current in plan payments, to include the January 25, 2023 payment, or has converted the case, no later than February 1, 2023.

3. The total delinquency to be cured prior to the hearing date is $500.00.

4. The Trustee has no objection to an award of attorney's fees in the amount requested in the objection, and pursuant to the fee application on file with the Court; however, an award of attorney's fees in this amount **will render the plan not feasible**.

5.  For the plan to remain feasible, the plan payment must increase to $104.00 beginning February 25, 2023.

6.  The Trustee requests that prior to the hearing date, the Debtor substantiate an ability to make the increased plan payment by filing amended Schedules I and J.

WHEREFORE, the Trustee objects to entry of an Order granting the relief requested in the Motion.

Dated: January 9, 2023

/s/ Katherine T. Kang
Attorney for Chapter 13 Trustee

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing Trustee's Response was served on the following parties on January 09, 2023:

E. KENT WINWARD, ECF Notification

/s/ Helen Doherty